# Third District Court of Appeal
## State of Florida

Opinion filed May 20, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-2023
Lower Tribunal No. 24-154515-SP-05
_____

**Xaun U. Fletcher,**
Appellant,

vs.

**Cindy H. Bhangari,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Eleane Sosa-Bruzón, Judge.

Xaun U. Fletcher, in proper person.

No appearance, for appellee.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Fla. R. Civ. P. 1.140(b); Lennar Homes, Inc. v. Gabb Const. Servs., Inc., 654 So. 2d 649, 651 (Fla. 3d DCA 1995) ("A defendant

who fails to contest the sufficiency of service of process at the inception of the case, whether by motion or responsive pleading, has waived this defense once he or she has entered a general appearance.").